UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
March 14, 2022
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Delena Chevis, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| *versus* | § | Civil Action H-21-3681 |
| | § | |
| Texas Southern University, | § | |
| | § | |
| Defendant. | § | |

## Final Dismissal

Upon the agreement of the parties that this court lacks subject matter jurisdiction, the case is dismissed with prejudice. (12)

Signed on March 14, 2022, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge